HARVEST INSTITUTE FREEDMAN FEDERATION, Black Indians United Legal Defense Fund, and William Warrior, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 2008–5036.

United States Court of Appeals, Federal Circuit.

May 14, 2009.

Rehearing Denied Aug. 12, 2009.

Rearing Denied Aug. 12, 2009.

Percy Squire, Percy Squire Company, LLC, of Columbus, OH, argued for plaintiffs-appellants.

Elizabeth Ann Peterson, Trial Attorney, Environment and Natural Resources, Appellate Section, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief was Ronald J. Tenpas, Assistant Attorney General.

SCHALL, GAJARSA, and MOORE, Circuit Judges.

## Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.